

**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 29, 2008

**BY FAX**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

      Re: <u>United States v. Ibraheim Elshafry, et al.</u>,
          07 Cr. 788 (LAP)

Dear Judge Preska:

    The Government respectfully submits this letter to confirm that the next pretrial conference and oral argument in the above-referenced matter has been rescheduled for Wednesday, April 3, 2008 at 10:30 p.m.

    The Government also requests that the time between today and April 3, 2008 be excluded from calculations under the Speedy Trial Act in order to allow for the parties to file pretrial motions and to continue ongoing plea discussions.

*Such exclusion is in the interests of justice*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Jonathan B. New
Assistant U.S. Attorney
(212) 637-1049

**SO ORDERED**

_Loretta A. Preska_
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
March 3, 2008

cc: Anthony Ricco, Esq.
    Meyer Moza, Esq.
    Bruce Kaye, Esq.