

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 7, 2008

**BY FAX**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

    Re: <u>United States v. Ibraheim Elshafry, et al.</u>,
        07 Cr. 788 (LAP)

Dear Judge Preska:

    The Government respectfully submits this letter to correct its prior submission concerning the adjournment of the next pretrial conference and oral argument in the above-referenced matter. The Government's previous letter erroneously stated the date and time of that conference.

    The Court has rescheduled oral argument on any motions that the defendants may file in the above-referenced matter for Wednesday, April 30, 2008 at 10:30 a.m.

    The Government respectfully requests that the time between today and April 30, 2008 be excluded from calculations under the Speedy Trial Act in order to allow for the parties to file pretrial motions and to continue ongoing plea discussions.

SO ORDERED

/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

March 7, 2008

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Jonathan B. New
Jonathan B. New
Assistant U.S. Attorney
(212) 637-1049

cc: Anthony Ricco, Esq.
    Meyer Moza, Esq.
    Bruce Kaye, Esq.