UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

       - v. -               :    ORDER

ABRAHIM HASSAN,               :    07 Cr. 788 (LAP)

          Defendant.    :

- - - - - - - - - - - - - - - - - - - x

       WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on June 26, 2008;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
          August 7, 2008

                                        HON. LORETTA A. PRESKA
                                        UNITED STATES DISTRICT JUDGE