**ANTHONY L. RICCO**
*Attorney At Law*
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL. (212) 791-3919   FAX. (212) 791-3940

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/08

RECEIVED
SEP - 8 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

September 5, 2008

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

Re: **United States v. Ibrahim Hassan**
Dckt. No. 07 Cr. 788 (LAP)

Dear Judge Preska:

On June 26, 2008, the defendant Abrahim Hassan entered a guilty plea to Count One of the indictment in the above-referenced matter before Magistrate Judge James T. Francis. Presently, Mr. Hassan is scheduled to be sentenced by your Honor on September 15, 2008. However, defense counsel requests an adjournment of this sentencing date because we have not yet received a copy of the Presentence Investigation Report (PSR) from the United States Probation Office, and are therefore unable to proceed.

Thank you for your Honor's attention to this matter.

Respectfully Submitted,

Anthony L. Ricco

ALR/es

*[Handwritten order: Sentencing is adjourned to December 15 at 4:00 pm. Mr. Ricco shall contact assigned Probation Officer promptly to schedule an appointment.]*

SO ORDERED
Loretta A. Preska
DISTRICT JUDGE

September 8, 2008